IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Meredith Sivi,                                         Case No. 2:24-cv-4191

            Plaintiff,                                 Judge Graham

    v.                                                 Magistrate Judge Jolson

Franklin County Guardianship Service
Board, et al.,
            Defendants.

<u>Order</u>

Plaintiff Meredith Sivi has moved for a stay of the litigation, among other requests.  The motion is based on her perception that certain individuals (who are not named defendants) are engaging in a conspiracy to conduct surveillance of her, retaliate against her, and interfere with her ability to litigate this action.  Somewhat confusingly, plaintiff also asks that the pending motions for judgment on the pleadings filed by all three defendants be converted into motions for summary judgment.

The Court finds that plaintiff has failed to show good cause to stay the litigation or convert the pending motions into motions for summary judgment.  Two of the pending motions are fully briefed and ripe for judicial adjudication.  The third was filed by defendant Upreach LLC on January 27, 2026.  Plaintiff has not filed a response brief to Upreach's motion, and the deadline has now passed for her to do so.  In an abundance of caution, the Court will allow plaintiff an additional opportunity to respond to Upreach's motion.

Accordingly, plaintiff's motion for a stay (Doc. 105) is DENIED.  If plaintiff wishes to file a brief in response to Upreach's motion for judgment on the pleadings, it must be received by the Court no later than March 5, 2026.  In such instance, Upreach may file a reply brief no later than March 10, 2026.

<u>s/ James L. Graham</u>
JAMES L. GRAHAM
United States District Judge

DATE: February 24, 2026